# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Fabrizio, Lawrence G | § Case No. 807-74002 |
| | § |
| Fabrizio, Lawrence G., Jr. | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 10, 2007. The undersigned trustee was appointed on October 11, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $         35,042.33

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 82.90 |
   | Bank service fees | 1,241.44 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]       $ | 33,717.99 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 03/06/2008 and the deadline for filing governmental claims was 04/07/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,254.23. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $4,254.23, for a total compensation of $4,254.23.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $39.29, for total expenses of $39.29.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/05/2013      By: /s/Marc A. Pergament
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 807-74002  **Trustee:** (521140) Marc A. Pergament
**Case Name:** Fabrizio, Lawrence G  **Filed (f) or Converted (c):** 10/10/07 (f)
 **§341(a) Meeting Date:** 11/14/07
**Period Ending:** 09/05/13  **Claims Bar Date:** 03/06/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY | 380,000.00 | 19,534.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 30.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS CHASE CHECKING | 400.00 | 400.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 750.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 6 | FIDELITY IRA | 87,000.00 | 0.00 | | 0.00 | FA |
| 7 | STOCK INTEREST IN BWANTAGH ASSOCIATES LTD | Unknown | Unknown | | 0.00 | FA |
| 8 | AUTOMOBILES | 0.00 | 0.00 | | 0.00 | FA |
| 9 | AUTOMOBILES 1998 CHEVY LUMINA | 850.00 | 0.00 | | 0.00 | FA |
| 10 | CLAIM AGAINST DEBTOR  (u) | Unknown | Unknown | | 35,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 42.33 | FA |
| 11 | **Assets Totals** (Excluding unknown values) | **$469,130.00** | **$19,934.00** | | **$35,042.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010   **Current Projected Date Of Final Report (TFR):**   September 5, 2013  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 807-74002  
**Case Name:** Fabrizio, Lawrence G  

**Taxpayer ID #:** **-***3373  
**Period Ending:** 09/05/13  

**Trustee:** Marc A. Pergament (521140)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****40-65 - Money Market Account  
**Blanket Bond:** $13,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/01/09 | {10} | Lawrence G. Fabrizio, Jr. | Acct #10; Payment #51; Claim against Debtor | 1249-000 | 12,500.00 | | 12,500.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 0.47 | | 12,500.47 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 2.18 | | 12,502.65 |
| 07/14/09 | {10} | John Fabrizio | Acct #10; Payment #1; Claim against Debtor | 1249-000 | 450.00 | | 12,952.65 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 2.15 | | 12,954.80 |
| 08/14/09 | {10} | Larence Fabrizio | Acct #10; Payment #2; Claim against Debtor | 1249-000 | 450.00 | | 13,404.80 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 2.23 | | 13,407.03 |
| 09/14/09 | {10} | Lawrence Fabrizio | Acct #10; Payment #3; Claims against Debtor | 1249-000 | 450.00 | | 13,857.03 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 2.23 | | 13,859.26 |
| 10/15/09 | {10} | Lawrence Fabrizio | Acct #10; Payment #4; Claim against Debtor | 1249-000 | 450.00 | | 14,309.26 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 2.31 | | 14,311.57 |
| 11/16/09 | {10} | Lawrence Fabrizio | Acct #10; Payment #5; Claims against the Debtor | 1249-000 | 450.00 | | 14,761.57 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 2.46 | | 14,764.03 |
| 12/14/09 | {10} | Lawrence Fabrizio | Acct #10; Payment #6; Claims against the Debtor | 1249-000 | 450.00 | | 15,214.03 |
| 12/24/09 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/24/2009 FOR CASE #807-74002 | 2300-000 | | 10.78 | 15,203.25 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 2.54 | | 15,205.79 |
| 01/12/10 | {10} | Lawrence Fabrizio | Acct #10; Payment #7; Claims against the Debtor | 1249-000 | 450.00 | | 15,655.79 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 2.45 | | 15,658.24 |
| 02/17/10 | {10} | Kenia Fabrizio | Acct #10; Payment #8; Claims against the Debtor | 1249-000 | 450.00 | | 16,108.24 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 2.41 | | 16,110.65 |
| 03/15/10 | {10} | Lawrence Fabrizio | Acct #10; Payment #9; Claims against the Debtor | 1249-000 | 450.00 | | 16,560.65 |
| 03/16/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.2000% | 1270-000 | 1.49 | | 16,562.14 |
| 03/16/10 | | Wire out to BNYM account 9200******4065 | Wire out to BNYM account 9200******4065 | 9999-000 | -16,112.14 | | 450.00 |
| 03/19/10 | | Wire out to BNYM account 9200******4065 | Wire out to BNYM account 9200******4065 | 9999-000 | -450.00 | | 0.00 |

Subtotals :   $10.78   $10.78

{} Asset reference(s)                                                                                                      Printed: 09/05/2013 01:31 PM   V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 807-74002  
**Case Name:** Fabrizio, Lawrence G

**Taxpayer ID #:** **-***3373  
**Period Ending:** 09/05/13

**Trustee:** Marc A. Pergament (521140)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****40-65 - Money Market Account  
**Blanket Bond:** $13,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 10.78 | 10.78 | $0.00 |
| | | | Less: Bank Transfers | | -16,562.14 | 0.00 | |
| | | | **Subtotal** | | 16,572.92 | 10.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,572.92** | **$10.78** | |

{} Asset reference(s)

Printed: 09/05/2013 01:31 PM    V.13.13

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 807-74002  
**Case Name:** Fabrizio, Lawrence G  

**Taxpayer ID #:** **-***3373  
**Period Ending:** 09/05/13  

**Trustee:** Marc A. Pergament (521140)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****40-66 - Checking Account  
**Blanket Bond:** $13,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 09/05/2013 01:31 PM    V.13.13

Exhibit B

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 807-74002  
**Case Name:** Fabrizio, Lawrence G  

**Taxpayer ID #:** **-***3373  
**Period Ending:** 09/05/13  

**Trustee:** Marc A. Pergament (521140)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******40-65 - Checking Account  
**Blanket Bond:** $13,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4065 | Wire in from JPMorgan Chase Bank, N.A. account ********4065 | 9999-000 | 16,112.14 | | 16,112.14 |
| 03/19/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4065 | Wire in from JPMorgan Chase Bank, N.A. account ********4065 | 9999-000 | 450.00 | | 16,562.14 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.2000% | 1270-000 | 1.44 | | 16,563.58 |
| 04/15/10 | {10} | Lawrence Fabrizio | Acct #10; Payment #10; Claims against the Debtor | 1249-000 | 450.00 | | 17,013.58 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.2000% | 1270-000 | 2.76 | | 17,016.34 |
| 05/14/10 | {10} | Lawrence Fabrizio | Acct #10; Payment #11; Claims against the Debtor | 1249-000 | 450.00 | | 17,466.34 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.2000% | 1270-000 | 2.93 | | 17,469.27 |
| 06/15/10 | {10} | Lawrence Fabrizio | Acct #10; Payment #12; Claims against the Debtor | 1249-000 | 450.00 | | 17,919.27 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.2000% | 1270-000 | 2.90 | | 17,922.17 |
| 07/13/10 | {10} | Lawrence Fabrizio | Acct #10; Payment #13; Claims against the Debtor | 1249-000 | 450.00 | | 18,372.17 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.2000% | 1270-000 | 3.09 | | 18,375.26 |
| 08/16/10 | {10} | Lawrence Fabrizio | Acct #10; Payment #14; Claims against the Debtor | 1249-000 | 450.00 | | 18,825.26 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.2000% | 1270-000 | 3.15 | | 18,828.41 |
| 09/15/10 | {10} | Lawrence Fabrizio | Acct #10; Payment #15; Claims against the Debtor | 1249-000 | 450.00 | | 19,278.41 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,278.56 |
| 10/13/10 | {10} | Lawrence Fabrizio | Acct #10; Payment #16; Claims against the Debtor | 1249-000 | 450.00 | | 19,728.56 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,728.72 |
| 11/15/10 | {10} | Lawrence Fabrizio | Acct #10; Payment #17; Claims against the Debtor | 1249-000 | 450.00 | | 20,178.72 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,178.88 |
| 12/15/10 | {10} | Larry Fabrizio | Acct #10; Payment #18; Claims against the Debtor | 1249-000 | 450.00 | | 20,628.88 |
| 12/23/10 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/23/2010 FOR CASE #807-74002, Bond No. 016027942, Term 01/01/11 to 01/01/12 | 2300-000 | | 11.89 | 20,616.99 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,617.16 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,617.33 |
| 02/15/11 | {10} | Larry Fabrizio | Acct #10; Payment #20; Claims against the | 1249-000 | 900.00 | | 21,517.33 |

Subtotals :     $21,529.22     $11.89

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 807-74002  
**Case Name:** Fabrizio, Lawrence G  

**Taxpayer ID #:** **-***3373  
**Period Ending:** 09/05/13  

**Trustee:** Marc A. Pergament (521140)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******40-65 - Checking Account  
**Blanket Bond:** $13,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Debtor | | | | |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 21,517.49 |
| 03/14/11 | {10} | Larry Fabrizio | Acct #10; Payment #21; Claims against the Debtor | 1249-000 | 450.00 | | 21,967.49 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 21,967.67 |
| 04/15/11 | {10} | Larry Fabrizio | Acct #10; Payment #22; Claims against the Debtor | 1249-000 | 450.00 | | 22,417.67 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,417.85 |
| 05/18/11 | {10} | Larry Fabrizio | Acct #10; Payment #23; Claims against the Debtor | 1249-000 | 450.00 | | 22,867.85 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 22,868.04 |
| 06/14/11 | {10} | Larry Fabrizio | Acct #10; Payment #24; Claims against the Debtor | 1249-000 | 450.00 | | 23,318.04 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 23,318.22 |
| 07/14/11 | {10} | Larry Fabrizio | Acct #10; Payment #25; Claims against the Debtor | 1249-000 | 450.00 | | 23,768.22 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 23,768.42 |
| 08/12/11 | {10} | Larry Fabrizio | Acct #10; Payment #26; Claims against the Debtor | 1249-000 | 450.00 | | 24,218.42 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,218.62 |
| 09/14/11 | {10} | Larry Fabrizio | Acct #10; Payment #27; Claims against the Debtor | 1249-000 | 450.00 | | 24,668.62 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,668.82 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 24,643.82 |
| 10/17/11 | {10} | Larry Fabrizio | Acct #10; Payment #28; Claims against the Debtor | 1249-000 | 450.00 | | 25,093.82 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,094.03 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.29 | 25,044.74 |
| 11/14/11 | {10} | Larry Fabrizio | Acct #10; Payment #29; Claims against the Debtor | 1249-000 | 450.00 | | 25,494.74 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,494.94 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.35 | 25,439.59 |
| 12/13/11 | {10} | Larry Fabrizio | Acct #10; Payment #30; Claims against the Debtor | 1249-000 | 450.00 | | 25,889.59 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,889.80 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.76 | 25,837.04 |
| 01/11/12 | 11003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/11/2012 FOR CASE | 2300-000 | | 17.55 | 25,819.49 |

Subtotals :         $4,502.11         $199.95

{} Asset reference(s)                                                                                     Printed: 09/05/2013 01:31 PM     V.13.13

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 807-74002  
**Case Name:** Fabrizio, Lawrence G  

**Taxpayer ID #:** **-***3373  
**Period Ending:** 09/05/13  

**Trustee:** Marc A. Pergament (521140)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******40-65 - Checking Account  
**Blanket Bond:** $13,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | #807-74002, Bond # 016027942 | | | | |
| 01/17/12 | {10} | Larry Fabrizio | Acct #10; Payment #31; Claims against the Debtor | 1249-000 | 450.00 | | 26,269.49 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 26,269.71 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.86 | 26,212.85 |
| 02/13/12 | {10} | Larry Fabrizio | Acct #10; Payment #32; Claims against the Debtor | 1249-000 | 450.00 | | 26,662.85 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.38 | 26,610.47 |
| 03/14/12 | {10} | Larry Fabrizio | Acct #10; Payment #33; Claims against the Debtor | 1249-000 | 450.00 | | 27,060.47 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.98 | 27,005.49 |
| 04/16/12 | {10} | Larry Fabrizio | Acct #10; Payment #34; Claims against the Debtor | 1249-000 | 450.00 | | 27,455.49 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.83 | 27,401.66 |
| 05/16/12 | {10} | Larry Fabrizio | Acct #10; Payment #35; Claims against the Debtor | 1249-000 | 450.00 | | 27,851.66 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.20 | 27,789.46 |
| 06/12/12 | {10} | Larry Fabrizio | Acct #10; Payment #36; Claims against the Debtor | 1249-000 | 450.00 | | 28,239.46 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.53 | 28,183.93 |
| 07/13/12 | {10} | Larry Fabrizio | Acct #10; Payment #37; Claims against the Debtor | 1249-000 | 450.00 | | 28,633.93 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.06 | 28,571.87 |
| 08/15/12 | {10} | Larry Fabrizio | Acct #10; Payment #38; Claims against the Debtor | 1249-000 | 450.00 | | 29,021.87 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.96 | 28,960.91 |
| 09/12/12 | {10} | Larry Fabrizio | Acct #10; Payment #39; CLAIM AGAINST DEBTOR | 1249-000 | 450.00 | | 29,410.91 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.85 | 29,355.06 |
| 10/15/12 | {10} | Larry Fabrizio | Acct #10; Payment #40; Claims against the Debtor | 1249-000 | 450.00 | | 29,805.06 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.62 | 29,738.44 |
| 11/14/12 | {10} | Larry Fabrizio | Acct #10; Payment #41; Claims against the Debtor | 1249-000 | 450.00 | | 30,188.44 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.39 | 30,127.05 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052114088 20121213 | 9999-000 | | 30,127.05 | 0.00 |

Subtotals :   $4,950.22   $30,769.71

{} Asset reference(s)

Case 8-07-74002-reg    Doc 54    Filed 10/10/13    Entered 10/10/13 08:39:58

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 807-74002  
**Case Name:** Fabrizio, Lawrence G

**Taxpayer ID #:** **-***3373  
**Period Ending:** 09/05/13

**Trustee:** Marc A. Pergament (521140)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******40-65 - Checking Account  
**Blanket Bond:** $13,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 30,981.55 | 30,981.55 | $0.00 |
| | | | Less: Bank Transfers | | 16,562.14 | 30,127.05 | |
| | | | **Subtotal** | | 14,419.41 | 854.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,419.41** | **$854.50** | |

{} Asset reference(s)                                                                                                     Printed: 09/05/2013 01:31 PM    V.13.13

Exhibit B

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

**Case Number:** 807-74002  
**Case Name:** Fabrizio, Lawrence G  

**Taxpayer ID #:** **-***3373  
**Period Ending:** 09/05/13

**Trustee:** Marc A. Pergament (521140)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******40-66 - Checking Account  
**Blanket Bond:** $13,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 09/05/2013 01:31 PM   V.13.13

Exhibit B

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 807-74002 | **Trustee:** | Marc A. Pergament (521140) | |
| **Case Name:** | Fabrizio, Lawrence G | **Bank Name:** | Rabobank, N.A. | |
| | | **Account:** | ****546566 - Checking Account | |
| **Taxpayer ID #:** | **-***3373 | **Blanket Bond:** | $13,500,000.00   (per case limit) | |
| **Period Ending:** | 09/05/13 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 30,127.05 | | 30,127.05 |
| 12/17/12 | {10} | Larry Fabrizio | Acct #10; Payment #42; Claims against the Debtor | 1249-000 | 450.00 | | 30,577.05 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.57 | 30,536.48 |
| 01/03/13 | 21004 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2013 FOR CASE #807-74002, Bond # 016027942, Term: 01/01/13 to 01/01/14 | 2300-000 | | 42.68 | 30,493.80 |
| 01/15/13 | {10} | Larry Fabrizio | Acct #10; Payment #43; Claims against the Debtor | 1249-000 | 450.00 | | 30,943.80 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.58 | 30,895.22 |
| 02/13/13 | {10} | Larry Fabrizio | Acct #10; Payment #44; Claims against the Debtor | 1249-000 | 450.00 | | 31,345.22 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.77 | 31,303.45 |
| 03/13/13 | {10} | Larry Fabrizio | Acct #10; Payment #45; Claims against the Debtor | 1249-000 | 450.00 | | 31,753.45 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.84 | 31,709.61 |
| 04/15/13 | {10} | Larry Fabrizio | Acct #10; Payment #46; Claims against the Debtor | 1249-000 | 450.00 | | 32,159.61 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.95 | 32,110.66 |
| 05/14/13 | {10} | Larry Fabrizio | Acct #10; Payment #47; Claims against the Debtor | 1249-000 | 450.00 | | 32,560.66 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.07 | 32,512.59 |
| 06/13/13 | {10} | Larry Fabrizio | Acct #10; Payment #48; Claims against the Debtor | 1249-000 | 450.00 | | 32,962.59 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.94 | 32,918.65 |
| 07/15/13 | {10} | Larry Fabrizio | Acct #10; Payment #49; Claims against the Debtor | 1249-000 | 450.00 | | 33,368.65 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.40 | 33,316.25 |
| 08/13/13 | {10} | Larry Fabrizio | Acct #10; Payment #50; Claims against the Debtor | 1249-000 | 450.00 | | 33,766.25 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.26 | 33,717.99 |
| | | | **ACCOUNT TOTALS** | | 34,177.05 | 459.06 | **$33,717.99** |
| | | | Less: Bank Transfers | | 30,127.05 | 0.00 | |
| | | | **Subtotal** | | **4,050.00** | **459.06** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,050.00** | **$459.06** | |

{} Asset reference(s)                                                                                               Printed: 09/05/2013 01:31 PM    V.13.13

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 10

**Case Number:** 807-74002  
**Case Name:** Fabrizio, Lawrence G  

**Taxpayer ID #:** **-***3373  
**Period Ending:** 09/05/13  

**Trustee:** Marc A. Pergament (521140)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****546566 - Checking Account  
**Blanket Bond:** $13,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---:|
| Net Receipts : | 35,042.33 |
| Net Estate : | $35,042.33 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| MMA # ***-*****40-65 | 16,572.92 | 10.78 | 0.00 |
| Checking # ***-*****40-66 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******40-65 | 14,419.41 | 854.50 | 0.00 |
| Checking # 9200-******40-66 | 0.00 | 0.00 | 0.00 |
| Checking # ****546566 | 4,050.00 | 459.06 | 33,717.99 |
|  | $35,042.33 | $1,324.34 | $33,717.99 |

| Printed: 09/05/13 01:31 PM | **Claims Distribution Register** | Page: 1 |
|---|---|---|

**Case:  807-74002    Fabrizio, Lawrence G**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 10/10/07 | 200 | Weinberg, Gross & Pergament LLP<br>400 Garden City Plaza<br>Suite 403<br>Garden City, NY 11530<br>&lt;3110-00   Attorney for Trustee Fees (Trustee Firm)&gt; | 12,598.75 | 12,598.75 | 0.00 | 12,598.75 | 12,598.75 |
| | 10/10/07 | 200 | Weinberg, Gross & Pergament LLP<br>400 Garden City Plaza<br>Suite 403<br>Garden City, NY 11530<br>&lt;3120-00   Attorney for Trustee Expenses (Trustee Firm)&gt; | 313.52 | 313.52 | 0.00 | 313.52 | 313.52 |
| | 10/10/07 | 200 | Marc A. Pergament<br>400 Garden City Plaza<br>Suite 403<br>Garden City, NY 11530<br>&lt;2100-00   Trustee Compensation&gt; | 4,254.23 | 4,254.23 | 0.00 | 4,254.23 | 4,254.23 |
| | 10/10/07 | 200 | Marc A. Pergament<br>400 Garden City Plaza<br>Suite 403<br>Garden City, NY 11530<br>&lt;2200-00   Trustee Expenses&gt; | 39.29 | 39.29 | 0.00 | 39.29 | 39.29 |
| | 10/10/07 | 200 | Cummings & Carroll, P.C.<br>&lt;3410-00   Accountant for Trustee Fees (Other Firm)&gt; | 1,572.50 | 1,572.50 | 0.00 | 1,572.50 | 1,572.50 |
| | 10/10/07 | 200 | Clerk, U.S. Bankruptcy Court<br>Long Island Federal Courthouse<br>290 Federal Plaza<br>Central Islip, NY 11722<br>&lt;2700-00   Clerk of the Court Costs (includes adversary and other filing fees)&gt; | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 |
| | | | **Total for Priority 200:    100% Paid** | **$19,028.29** | **$19,028.29** | **$0.00** | **$19,028.29** | **$19,028.29** |
| | | | **Total for Admin Ch.  7 Claims:** | **$19,028.29** | **$19,028.29** | **$0.00** | **$19,028.29** | **$19,028.29** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 12/06/07 | 610 | Midland Funding<br>Recoser, LLC<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131-1605<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 1,173.50 | 1,173.50 | 0.00 | 1,173.50 | 230.93 |
| 2 | 12/06/07 | 610 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 1,466.47 | 1,466.47 | 0.00 | 1,466.47 | 288.57 |

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 3 | 12/12/07 | 610 | Michael Sacher, D.O., P.C.<br>100 Veterans Memorial Highway<br>Suit e1A<br>Massapequa, NY 11758<br><7100-00   General Unsecured § 726(a)(2)> | 110.00 | 110.00 | 0.00 | 110.00 | 21.65 |
| 4 | 01/24/08 | 610 | LVNV Funding LLC its successors and assigns as<br>assignee of Washington Mutual<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)> | 7,461.41 | 7,461.41 | 0.00 | 7,461.41 | 1,468.27 |
| 5 | 01/24/08 | 610 | LVNV Funding LLC its successors and assigns as<br>assignee of Washington Mutual<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)> | 10,849.62 | 10,849.62 | 0.00 | 10,849.62 | 2,135.01 |
| 6 | 01/24/08 | 610 | LVNV Funding LLC its successors and assigns as<br>assignee of Citibank<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)> | 216.14 | 216.14 | 0.00 | 216.14 | 42.53 |
| 7 | 02/15/08 | 610 | eCAST Settlement Corporation<br>assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480<br><7100-00   General Unsecured § 726(a)(2)> | 12,371.70 | 12,371.70 | 0.00 | 12,371.70 | 2,434.53 |
| 8 | 02/15/08 | 610 | Advanta Bank Corp<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 17,812.40 | 17,812.40 | 0.00 | 17,812.40 | 3,505.16 |
| 9 | 02/19/08 | 610 | eCAST Settlement Corporation<br>Assignee of Household Bank,Bass & Associates, P.C.,3936 E. Ft. Lowell Road<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)> | 504.02 | 504.02 | 0.00 | 504.02 | 99.18 |
| 10 | 02/25/08 | 610 | LVNV Funding LLC its successors and assigns as<br>assignee of Citibank<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)> | 15,730.64 | 15,730.64 | 0.00 | 15,730.64 | 3,095.50 |

Case 8-07-74002-reg    Doc 54    Filed 10/10/13    Entered 10/10/13 08:39:58

### Case: 807-74002    Fabrizio, Lawrence G

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 11 | 02/25/08 | 610 | FIA Card Svcs NA successor to BOA NA(USA) MBNA America, 1000 Samoset D DE5-023-03-03,Attn: Mr. BK Newark, DE 19713 <br> <7100-00   General Unsecured § 726(a)(2)> | 6,953.76 | 6,953.76 | 0.00 | 6,953.76 | 1,368.37 |
| | | | **Total for Priority 610:   19.67819% Paid** | **$74,649.66** | **$74,649.66** | **$0.00** | **$74,649.66** | **$14,689.70** |
| 12 | 09/23/08 | 620 | Richard L. Stern, Esq., as Trustee <br> <7200-00   Tardy General Unsecured § 726(a)(3)> | 16,923.55 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 -2 | 09/23/08 | 620 | Richard L. Stern, Esq., as Trustee c/o LaMonica Herbst & Maniscalco Attn: Gary F. Herbst, Esq. Wantagh, NY 11793 <br> <7200-00   Tardy General Unsecured § 726(a)(3)> | 16,923.55 | 16,923.55 | 0.00 | 16,923.55 | 0.00 |
| 13 | 05/26/09 | 620 | Richard Stern, Esq. LaMonica Herbst & Maniscalco LLP,Attn: Gary F Herbst, Esq.,3305 Jerusalem Ave Wantagh, NY 11793 <br> <7200-00   Tardy General Unsecured § 726(a)(3)> <br> Withdrawn by creditor | 16,923.55 | 0.00 * | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 620:   0% Paid** | **$50,770.65** | **$16,923.55** | **$0.00** | **$16,923.55** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$125,420.31** | **$91,573.21** | **$0.00** | **$91,573.21** | **$14,689.70** |
| | | | **Total for Case :** | **$144,448.60** | **$110,601.50** | **$0.00** | **$110,601.50** | **$33,717.99** |

(*) Denotes objection to Amount Filed

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 807-74002
Case Name: Fabrizio, Lawrence G
Trustee Name: Marc A. Pergament

**Balance on hand:** $ 33,717.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 33,717.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Marc A. Pergament | 4,254.23 | 0.00 | 4,254.23 |
| Trustee, Expenses - Marc A. Pergament | 39.29 | 0.00 | 39.29 |
| Attorney for Trustee, Fees - Weinberg, Gross & Pergament LLP | 12,598.75 | 0.00 | 12,598.75 |
| Attorney for Trustee, Expenses - Weinberg, Gross & Pergament LLP | 313.52 | 0.00 | 313.52 |
| Accountant for Trustee, Fees - Cummings & Carroll, P.C. | 1,572.50 | 0.00 | 1,572.50 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses: $ 19,028.29
Remaining balance: $ 14,689.70

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,689.70

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 14,689.70 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 74,649.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Midland Funding | 1,173.50 | 0.00 | 230.93 |
| 2 | Midland Funding LLC | 1,466.47 | 0.00 | 288.57 |
| 3 | Michael Sacher, D.O., P.C. | 110.00 | 0.00 | 21.65 |
| 4 | LVNV Funding LLC its successors and assigns as | 7,461.41 | 0.00 | 1,468.27 |
| 5 | LVNV Funding LLC its successors and assigns as | 10,849.62 | 0.00 | 2,135.01 |
| 6 | LVNV Funding LLC its successors and assigns as | 216.14 | 0.00 | 42.53 |
| 7 | eCAST Settlement Corporation assignee of | 12,371.70 | 0.00 | 2,434.53 |
| 8 | Advanta Bank Corp | 17,812.40 | 0.00 | 3,505.16 |
| 9 | eCAST Settlement Corporation | 504.02 | 0.00 | 99.18 |
| 10 | LVNV Funding LLC its successors and assigns as | 15,730.64 | 0.00 | 3,095.50 |
| 11 | FIA Card Svcs NA successor to | 6,953.76 | 0.00 | 1,368.37 |

|  | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 14,689.70 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 16,923.55 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 -2 | Richard L. Stern, Esq., as Trustee | 16,923.55 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**